AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Reckart Logistics, Inc. ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 2:21-cv-12 |
| Xpress Transportation LLC ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

**FOR RETURN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Xpress Transportation LLC
1328 Jacob Drive
Yardley, PA 19067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benesch Friedlander Coplan & Aronoff LLP
Joseph Blalock
44 15th Street, Suite 2
Wheeling, WV 26003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 13, 2021

Cheryl Dean Riley
*Signature of Clerk or Deputy Clerk*

By: C Daniels
Deputy Clerk

Action No.   2:21-cv-12

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BAHHSHISH SANDHU , who is
designated by law to accept service of process on behalf of *(name of organization)* XPRESS TRANSPORTATION LLC
1328 JACOB DR YARDLEY PA on *(date)* 6/01/2021 ; or 6:23pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/3/2021

*Server's signature*

BLAIR JOHNSON, PRESIDENT
*Printed name and title*   PROCESS SERVICES PA LLC

4387 W SWAMP ROAD #307, DOYLESTOWN PA 18902
*Server's address*

Additional information regarding attempted service, etc:

Commonwealth of Pennsylvania - Notary Seal
Aimee Tompkins, Notary Public
Chester County
My commission expires October 8, 2023
Commission number 1358672
Member, Pennsylvania Association of Notaries