THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**PANHANDLE CLEANING &
RESTORATION, INC.**

    **Plaintiff,**

v.                                              Civil Action No. 5:19-CV-228
                                                  (BAILEY)

**FRONTIER INDUSTRIAL CORP., et al.**

    **Defendants.**

### CERTIFICATE OF SERVICE

I, Kevin M. Pearl, certify that on August __23__, 2021, I filed a true and correct copy of the foregoing *Defendant's Initial Discovery Disclosures Pursuant To Rule 26 of the Federal Rules of Civil Procedure* via the Court's CM/ECF system and served a true and correct copy upon the following via electronic mail:

                    Joseph Blalock, Esq. (WV#12090)
                    44 15th Street, Suite 2
                    Wheeling, WV 26003
                    Email: jblalock@beneschlaw.com
                    *Counsel for Plaintiff*

                    By:  */s/ Kevin M. Pearl*
                          Kevin M. Pearl, Esq. (#8840)
                          FRANKOVITCH, ANETAKIS,
                          SIMON, DECAPIO & PEARL, LLP
                          337 Penco Road
                          Weirton, WV 26062
                          kevin@faslaw.com
                          Phone: (304) 723-4400
                          Fax: (304) 723-5892
                          *Counsel for Defendant*